UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALANCE STUDIO, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CYBERNET ENTERTAINMENT, LLC,<br><br>    Defendant. | Case No.  15-cv-04038-DMR<br><br>**ORDER TO FILE SUPPLEMENTAL INFORMATION RE COUNTER-DEFENDANTS MOTION TO PROCEED UNDER A PSEUDONYM**<br><br>Re: Dkt. No. 32 |

The court has reviewed the parties' briefing on Counter-Defendant's motion to proceed under a pseudonym.  [Docket Nos. 32, 36, 38, 39.]  In Defendant Cybernet Entertainment, LLC's ("Cybernet") response, it asserts that, "at a minimum," Counter-Defendant's "right to proceed with a pseudonym [should] be conditioned on Counter Defendant providing a declaration" attesting to her legal name and other information.  [Docket No. 36 at 11.]  Along with her reply brief, Counter-Defendant filed under seal a declaration that appears to satisfy Cybernet's request. [*See* Docket No. 39-4 (Counter-Defendant Decl., June 28, 2016).]

By no later than 12:00 p.m. on July 26, 2016, Cybernet shall file a statement in which it indicates whether it has any remaining concerns about prejudice it might suffer if the court grants Counter-Defendant's motion to proceed pseudonymously.  If Cybernet contends that the risk of prejudice remains, it shall specifically identify any such prejudice.

**IT IS SO ORDERED.**

Dated: July 22, 2016



_____
Donna M. Ryu
United States Magistrate Judge